UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| CARLOS DEWAYNE DRAYTON, Plaintiff | CIVIL ACTION NO. 5:17-CV-00945 |
|---|---|
| VERSUS | CHIEF JUDGE HICKS |
| WARDEN GOODWIN, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a Voluntary Motion to Dismiss and Motion for Copies (Doc. 9) filed by Petitioner Carlos Dewayne Drayton ("Drayton"). Drayton asks what he needs to do "to dismiss any pending motions." Drayton also indicates this case will "not be heard." Drayton's Motion should be construed as a motion for voluntary dismissal.

Under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, the opposing parties have not been served, and have not filed responsive pleadings. Dismissal is warranted.

Drayton also seeks copies of "all . . . documentation . . . including motions, evidence, affidavits, and petitions." (Doc. 9, p. 1). As noted in a previous order, Drayton has been provided with copies of all filings other than his own. But out of an abundance of caution, the Clerk of Court could send Drayton copies of his own filings for future reference.

Accordingly, IT IS RECOMMENDED that Drayton's Voluntary Motion to Dismiss (Doc. 9) be GRANTED, and that Drayton's claims against all Defendants be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER RECOMMENDED that Drayton's Motion for Copies (Doc. 9) be GRANTED IN PART and DENIED IN PART, and that the Clerk of Court be INSTRUCTED to mail Drayton copies of Documents 1, 2, 5, 7, and 9.

IT IS FURTHER RECOMMENDED that Drayton's deficient Motion for Leave to Proceed In Forma Pauperis (Doc. 2) be DENIED.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in Alexandria, Louisiana, this  22nd  day of November, 2017.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE