# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS DEWAYNE DRAYTON | CIVIL ACTION NO. 17-0945 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN GOODWIN, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Carlos Dewayne Drayton's ("Drayton") Voluntary Motion to Dismiss (Doc. 9) is **GRANTED**, and that Drayton's claims against all Defendants is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Drayton's Motion for Copies (Doc. 9) is **GRANTED IN PART** and **DENIED IN PART**, and the Clerk of Court is instructed to mail Drayton copies of Documents 1, 2, 5, 7, and 9.

**IT IS FURTHER ORDERED** that Drayton's deficient Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of December, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT